**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

THOMAS McCUNE,
             Petitioner,

                                         Civil Action No. 05-1042

v.                                       Judge Arthur J. Schwab
                                         Magistrate Judge Lisa Pupo Lenihan

COMMONWEALTH OF
PENNSYLVANIA,
             Respondent.


## ORDER

A petition for writ of habeas corpus was received in the above-captioned case by

the Clerk of Court on July 28, 2005.  The case was referred to United States Magistrate

Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates

Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for

Magistrates.

On October 21, 2005, the magistrate judge issued an Order notifying Petitioner

that his habeas petition would not be filed or processed any further for failure to comply

with the Federal Rules and Local Rules and that if he wished to proceed he must

include $5.00 for a filing fee or move to proceed *in forma pauperis* by November 14,

2005.  Petitioner did neither, and no further docket activity occurred.

On December 16, 2005, the magistrate judge issued a Report and

Recommendation (Doc. No. 2), recommending that this case be dismissed for failure to

prosecute.  The Petitioner was served at his address of record.  He was advised that he

was allowed ten (10) days from the date of service to file written objections to the report

and recommendation.  Petitioner did not file objections.

After review of the submissions and documents in the case, together with the

report and recommendation, the following order is entered:

**AND NOW**, this 24th day of January 2006;

**IT IS HEREBY ORDERED** that the Clerk's office mark this case

DISMISSED for failure to prosecute.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc.

No. 2) of Magistrate Judge Lenihan, dated December 16, 2005, is adopted as the

opinion of the court.


s/Arthur J. Schwab
The Honorable Arthur J. Schwab
United States District Court Judge


cc:    Lisa Pupo Lenihan
       UNITED STATES MAGISTRATE JUDGE

       THOMAS MCCUNE
       DU-8973
       121 Vogeley Way
       Butler, PA 16001